### 34729. SILER v. MARTIN et al.

PER CURIAM.

In this suit for specific performance of an alleged contract to sell real property, the trial court did not err in concluding that plaintiff had failed to state a claim. Judgment on the pleadings was properly entered for defendants.

*Judgment affirmed. All the Justices concur, except Jordan, J., who concurs in the judgment only.*

ARGUED APRIL 9, 1979 — DECIDED APRIL 17, 1979 — REHEARING DENIED APRIL 24, 1979.

*Timothy A. Siler,* for appellant.
*Paul A. Martin,* for appellees.